UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON JONES #05106-707,<br>Plaintiff | DOCKET NO. 1:22-CV-00599; SEC P |
| VERSUS | JUDGE DRELL |
| WILLIAM P JOHNSON, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A, except for Plaintiff's claim under the Federal Tort Claims Act, which is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

The Clerk of Court is instructed to send a copy of this Judgment the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in chambers, this 24th day of June 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT